UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ISA L. JONES, )
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 5:13-CV-229-D**
)
CAROLYN W. COLVIN, Acting Commissioner of )
Social Security, )
        Defendant. )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court adopts the conclusions in the M&R. The plaintiff's motion for judgment on the pleadings is DENIED, defendant's motion for judgment on the pleadings is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on September 3, 2014, and Copies To:**

Lawrence Wittenberg (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein (via CM/ECF Notice of Electronic Filing)

DATE                                          JULIE A. RICHARDS, CLERK
September 3, 2014                    /s/ Susan K. Edwards
                                                    (By) Susan K. Edwards, Deputy Clerk